Certificate Number: 03621-PAE-DE-029933650

Bankruptcy Case Number: 16-16310



03621-PAE-DE-029933650

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 26, 2017</u>, at <u>2:14</u> o'clock <u>PM EDT</u>, <u>Michael J Reynolds</u> completed a course on personal financial management given <u>by telephone</u> by <u>Credit Card Management Services, Inc. d/b/a Debthelper.com</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:    September 26, 2017            By:    /s/Michelove Thelemaque

Name:    Michelove Thelemaque

Title:    Credit Counselor

Certificate Number: 03621-PAE-DE-029933654

Bankruptcy Case Number: 16-16310



03621-PAE-DE-029933654

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 26, 2017, at 2:15 o'clock PM EDT, Barbara J Reynolds completed a course on personal financial management given by telephone by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   September 26, 2017          By:   /s/Michelove Thelemaque

                                    Name:  Michelove Thelemaque

                                    Title:  Credit Counselor