United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-16310-elf |
| Michael J. Reynolds | Chapter 13 |
| Barbara J. Reynolds | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Apr 16, 2021 | Form ID: 138NEW | Total Noticed: 60 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael J. Reynolds, Barbara J. Reynolds, 191 Thornridge Drive, Levittown, PA 19054-2322 |
| cr | + | WELLS FARGO BANK NA, 1 HOME CAMPUS, MAC# X2303-01A, DES MOINES, IA 50328-0001 |
| cr | | Wells Fargo Bank N.A., 1 Home Campus, MAC X2303-01A, Des Moines, IA 50328-0001 |
| cr | + | Wells Fargo Bank, N.A., 1 Home Campus, X2303-01A, Des Moines, IA 50328-0001 |
| 13831626 | | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13788448 | + | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 13788447 | + | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 14588040 | + | Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 13788451 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 14575640 | + | BANK OF AMERICA, N.A., C/O Rebecca Solarz, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 13788450 | + | Bank Of America, 450 American St, Simi Valley, CA 93065-6285 |
| 13838309 | | Bank of America, N.A., PO Box 31785, Tampa, FL 33631-3785 |
| 13788454 | + | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 13788453 | + | Barclays Bank Delaware, Po Box 8801, Wilmington, DE 19899-8801 |
| 13788467 | | Rollins Corp, PO Box 660285, Dallas, TX 75266-0285 |
| 13788470 | + | Travel Resort America, 1930 N. Poplar Street, Southern Pines, NC 28387-7091 |
| 13788471 | + | Visa Dept Store National Bank, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040-8053 |
| 13788472 | #+ | Visa Dept Store National Bank, Po Box 8218, Mason, OH 45040-8218 |
| 13788481 | + | WFFNB/Furniture Barn, Wells Fargo Financial National Bank, Po Box 10438, Des Moines, IA 50306-0438 |
| 13788482 | + | WFFNB/Furniture Barn, Po Box 94498, Las Vegas, NV 89193-4498 |
| 13788473 | + | Wells Fargo Bank, Mac F82535-02f, Po Box 10438, Des Moines, IA 50306-0438 |
| 13788474 | | Wells Fargo Bank, Credit Bureau Disp, Des Moines, IA 50306 |
| 13788475 | + | Wells Fargo Bank Nv Na, Mac F8235-02f, Po Box 10438, Des Moines, IA 50306-0438 |
| 13788476 | + | Wells Fargo Bank Nv Na, Po Box 31557, Billings, MT 59107-1557 |
| 14588047 | + | Wells Fargo Bank, N.A., c/o Andrew Spivack, Esquire, Brock and Scott, PLLC, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 14588041 | + | Wells Fargo Bank, N.A., 3476 Stateview Blvd, Fort Mill, South Carolina 29715-7200 |
| 13864546 | | Wells Fargo Bank, N.A., PO Box 10438, Des Moines, IA 50306-0438 |
| 13861978 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 13799558 | | Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-7700 |
| 13806705 | | Wells Fargo Bank, N.A., d/b/a WFDS, P.O. Box 19657, Irvine, CA 92623-9657 |
| 13816427 | + | Wells Fargo Bank, NA, Home Equity Group, 1 Home Campus, X2303-01A, Des Moines, IA 50328-0001 |
| 13788478 | + | Wells Fargo Dealer Services, Po Box 1697, Winterville, NC 28590-1697 |
| 13788477 | + | Wells Fargo Dealer Services, Po Box 3569, Rancho Cucamonga, CA 91729-3569 |
| 13788480 | | Wells Fargo Home Mtg, 7255 Baymeadows Wa, Des Moines, IA 50306 |
| 13788479 | + | Wells Fargo Home Mtg, Written Correspondence Resolutions, Mac#X2302-04e Po Box 10335, Des Moines, IA 50306-0335 |
| 13788483 | | Whitebridge Financial, TRA-RV, PO Box 776327, Chicago, IL 60677-6237 |

TOTAL: 36

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 16, 2021 | Form ID: 138NEW | Total Noticed: 60 |

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 17 2021 03:35:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 17 2021 03:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 17 2021 03:35:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/PDF: gecsedi@recoverycorp.com | Apr 17 2021 04:09:29 | Synchrony Bank, c/o Recovery Management Systems Corporat, 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13788452 | + | Email/Text: bknotices@bankofthewest.com | Apr 17 2021 03:34:56 | Bank Of The West, 2527 Camino Ramon, San Ramon, CA 94583-4213 |
| 13788456 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 17 2021 04:10:11 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 13788455 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 17 2021 04:00:55 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 13812358 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 17 2021 03:51:27 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 13788460 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 17 2021 03:32:00 | Comenity Bank/Lane Bryant, 450 Winks Ln, Bensalem, PA 19020-5932 |
| 13788459 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 17 2021 03:32:00 | Comenity Bank/Lane Bryant, Po Box 182125, Columbus, OH 43218-2125 |
| 13788462 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 17 2021 03:32:00 | Comenitycapital/lndclb, 3100 Easton Square Pl, Columbus, OH 43219-6232 |
| 13788461 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 17 2021 03:32:00 | Comenitycapital/lndclb, Po Box 182125, Columbus, OH 43218-2125 |
| 13788464 | | Email/Text: mrdiscen@discover.com | Apr 17 2021 03:31:00 | Discover Financial, Po Box 15316, Wilmington, DE 19850 |
| 13798636 | | Email/Text: mrdiscen@discover.com | Apr 17 2021 03:31:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 13788463 | + | Email/Text: mrdiscen@discover.com | Apr 17 2021 03:31:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 13788457 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Apr 17 2021 04:00:44 | Chase Card Services, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 13788458 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Apr 17 2021 04:10:04 | Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 13788466 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 17 2021 03:31:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 13788465 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 17 2021 03:31:00 | Kohls/Capital One, Po Box 3120, Milwaukee, WI 53201-3120 |
| 13860839 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 17 2021 04:01:33 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13828692 | | Email/Text: bnc-quantum@quantum3group.com | Apr 17 2021 03:32:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 13790557 | | Email/PDF: rmscedi@recoverycorp.com | Apr 17 2021 03:52:21 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |

| 13788468 | + Email/PDF: gecsedi@recoverycorp.com | Apr 17 2021 03:50:18 | Synchrony Bank/Sams Club, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 13788469 | + Email/PDF: gecsedi@recoverycorp.com | Apr 17 2021 04:00:17 | Synchrony Bank/Sams Club, Po Box 965005, Orlando, FL 32896-5005 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| 13788449 | ##+ | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |

TOTAL: 0 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2021          Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2021 at the address(es) listed below:

**Name** — **Email Address**

ANDREW L. SPIVACK
  on behalf of Creditor Wells Fargo Bank N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com

CHRISOVALANTE FLIAKOS
  on behalf of Creditor Bank Of America N.A. paeb@fedphe.com

JASON BRETT SCHWARTZ
  on behalf of Creditor Bank Of The West jschwartz@mesterschwartz.com

JEROME B. BLANK
  on behalf of Creditor Wells Fargo Bank N.A. paeb@fedphe.com

JOSEPH ANGEO DESSOYE
  on behalf of Creditor Wells Fargo Bank N.A. paeb@fedphe.com

MARIO J. HANYON
  on behalf of Creditor Wells Fargo Bank N.A. wbecf@brockandscott.com, wbecf@brockandscott.com

PAUL H. YOUNG
  on behalf of Debtor Michael J. Reynolds support@ymalaw.com
  ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com

PAUL H. YOUNG
  on behalf of Joint Debtor Barbara J. Reynolds support@ymalaw.com
  ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com

REBECCA ANN SOLARZ
  on behalf of Creditor BANK OF AMERICA N.A. bkgroup@kmllawgroup.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Apr 16, 2021 | Form ID: 138NEW | Total Noticed: 60 |

THOMAS YOUNG.HAE SONG
   on behalf of Creditor Bank Of America N.A. paeb@fedphe.com

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
   on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.
   ecfemails@ph13trustee.com philaecf@gmail.com

TOTAL: 13

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Michael J. Reynolds and Barbara J. Reynolds

        Debtor(s)                                    Bankruptcy No: 16−16310−elf

                                                   Chapter: 13

_____

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                         900 Market Street
                            Suite 400
                       Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                For The Court
                                                     Timothy B. McGrath
                                                       Clerk of Court

Dated: 4/16/21

                                                                                                  63 − 62
                                                                                          Form 138_new