Default Document Processing
MAC N9286-01Y
1000 Blue Gentian Road
Eagan, MN 55121-7700

WELLS FARGO

02/25/2021

MICHAEL J REYNOLDS, BARBARA J REYNOLDS
140 COX AVE
MORRISVILLE, PA 19067-2251

HEQBK309

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | MICHAEL J REYNOLDS |
| Debtor 2 (Spouse, if filing) | BARBARA J REYNOLDS |
| United States Bankruptcy Court for the: | Eastern District Of Pennsylvania |
| Case number | 1616310 |

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

**If the debtor's plan provides for payment of post-petition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Wells Fargo Bank, N.A.

**Court claim no.** (if known): 7

**Last 4 digits** of any number you use to identify the debtor's account: 1940

**Date of payment change:**
Must be at least 21 days after date of this notice       03/18/2021

**New total payment:**       $ 126.63
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   - ☑ No
   - ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $_____    New escrow payment: $_____

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**
   - ☑ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%    New interest rate: _____%

   Current principal and interest payment: $_____    New principal and interest payment: $_____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   - ☐ No
   - ☑ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: Payment change due to principal payment made.

   Current mortgage payment: $ 126.82    New mortgage payment: $ 126.63

HEQBK309

Case 16-16310-elf    Doc    Filed 02/25/21    Entered 02/25/21 09:44:57    Desc Main
Document    Page 3 of 4

| Debtor 1 | MICHAEL J REYNOLDS | | | Case number *(if known)* 1616310 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| Part 4: | **Sign Here** |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**


 /s/ John Tamburo                                                                 Date  2/25/2021
 Signature

| Print: | John Tamburo | | | Title | Vice President Loan Documentation |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| Company | Wells Fargo Bank N.A. |
|---|---|

| Address | 1000 Blue Gentian Road, N9286-01Y |
|---|---|
| | Number   Street |
| | Eagan, MN 55121-7700 |
| | City                       State           ZIP Code |

Contact phone  ( 877 ) 891 – 0002                    Email  noticeofpaymentchangeinquiries@wellsfargo.com

HEQBK309

# UNITED STATES BANKRUPTCY COURT

Eastern District Of Pennsylvania

Chapter 13 No. 1616310 :

In re:

MICHAEL J REYNOLDS, BARBARA J REYNOLDS

## CERTIFICATE OF SERVICE

I hereby certify that on or before 02/25/2021, I served a copy of this Notice and all attachments upon each of the entities named below by the U.S. Bankruptcy Court's CM ECF system or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid or FedEx, addressed to each of them as follows:

Debtor:  By U.S. Postal Service First Class Mail Postage Prepaid:
MICHAEL J REYNOLDS, BARBARA J REYNOLDS
140 COX AVE
MORRISVILLE, PA 19067-2251

Debtor's Attorney:  By Court's CM/ECF system registered email address:
PAUL H YOUNG
3554 HULMEVILLE RD
STE 102
BENSALEM, PA  19020-4366

Trustee:  By Court's CM/ECF system registered email address:
WILLIAM C MILLER
P.O. Box 1229
PHILADELPHIA, PA 19105

/s/ John  Tamburo
VP Loan Documentation
 Wells Fargo Bank, N.A.

HEQBK309